**United States District Court**
For the Northern District of California

1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                   SAN JOSE DIVISION

9  Maria A. Arenas,                          NO. C 05-00433 JW
10         Plaintiff,                        **ORDER CONTINUING CASE**
    v.                                       **MANAGEMENT CONFERENCE**
11
    AAA Collectors Inc. d/b/a, et al.,
12
         Defendant(s).
13  _____/

14       Pursuant to the parties' notice that they are attempting to conclude a settlement, the Court
15  hereby vacates the presently scheduled Case Management Conference on June 13, 2005. The new
16  case management conference is set for **July 25, 2005 at 10 a.m.** Pursuant to the Local Rules of Court,
17  the parties are to submit a Joint Case Management Statement no later than July 15, 2005.
18
19  Dated: June 7, 2005                           /s/ James Ware
                                                  JAMES WARE
20                                                United States District Judge
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark Ewell Ellis mellis@mpbf.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: June 7, 2005**                               **Richard W. Wieking, Clerk**

                                                      **By:  /s/ JW Chambers**
                                                             **Ronald L. Davis**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California