Mark E. Ellis - 127159
Jeanine K. Clasen - 164404
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636

Attorneys for Defendant
AAA COLLECTORS, INC. D/B/A TRIPLECHECK, INC.

*IT IS SO ORDERED — Judge James Ware (seal: United States District Court, Northern District of California)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA A. ARENAS, | Case No.: C 05-00433 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AAA COLLECTORS, INC. d/b/a TRIPLECHECK, INC., | |
| Defendants. | |

Pursuant to the stipulation between the Parties to this action, by and through their counsel of regard, the above captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 14, 2005

By   /s/ James Ware   7/12/05
Honorable James Ware
Judge, U.S. District Court
Northern District of California

JKC.10274895.doc